FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 0 4 2024

KEVIN P. WEIMER, Clerk
By: TC Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERION DUKES | Criminal Action No.<br><br>1:24-CR- 51 |

## Motion to Partially Unseal Indictment

The United States of America, by Ryan K. Buchanan, United States Attorney, and Erin E. Sanders, Assistant United States Attorney for the Northern District of Georgia, moves this court to partially unseal the **Indictment** in the above-styled case and in support thereof shows that the Indictment in this case charges violations of federal firearms laws. Defendant Derion Dukes has now been arrested is scheduled to appear in court today. To prevent the remaining defendant(s) from learning of the charges and fleeing, the United States requests that the Indictment as to Defendant Derion Dukes be unsealed and that the Indictment remain sealed as to the remaining defendant(s).

WHEREFORE, the government respectfully requests that the **Indictment** as to Defendant Derion Dukes be unsealed.

Respectfully submitted,

RYAN K. BUCHANAN
   *United States Attorney*

*/s/ Erin E. Sanders*

ERIN E. SANDERS
   *Assistant United States Attorney*
Georgia Bar No. 552091

# Certificate of Service

The United States Attorney's Office served this document today by handing a copy to defense counsel:

        Thomas Mondelli, Esq. (counsel for Derion Dukes)

March 4, 2024

_____
ERIN E. SANDERS
*Assistant United States Attorney*